## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

            Plaintiff,

      v.                                          **ORDER**
                                                  Criminal No. 04-173 ADM/RLE

Dennis Eugene Mentzos,

            Defendant.

_____

Timothy C. Rank, Esq., and Nicole A. Engisch, Esq., Assistant United States Attorneys, Minneapolis, MN, on behalf of Plaintiff.

Dennis Eugene Mentzos, pro se.[1]

_____

        This matter is before the undersigned United States District Judge pursuant to standby counsel Michael C. Davis' request at the pretrial hearing of Defendant Dennis Eugene Mentzos ("Defendant") that Defendant be reexamined to determine his continued competency to stand trial. Defendant has previously been adjudged competent to represent himself at trial by Dr. Shawn Channell in October 2004. However, based on Mr. Davis' request, Dr. Channell or another qualified medical expert will be ordered to examine Defendant on July 15, 2005, to determine whether Defendant remains competent to stand trial on July 18, 2005. The examination will take place at either the Sherburne County Jail in Elk River, Minnesota, or the United States Courthouse in Minneapolis, Minnesota.

---

[1] Magistrate Judge Raymond L. Erickson has previously found Defendant Dennis Eugene Mentzos competent to represent himself, as was Defendant's desire [Docket No. 85]. Standby counsel, Michael C. Davis, is available to Defendant.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED** that Dr. Shawn Channell or another qualified medical expert will examine Defendant

Dennis Eugene Mentzos on July 15, 2005, at either the Sherburne County Jail in Elk River, Minnesota,

or the United States Courthouse in Minneapolis, Minnesota, to determine Defendant's competency to

stand trial on July 18, 2005.


BY THE COURT:



    s/Ann D. Montgomery    
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  July 14, 2005.